IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN WILLIAMS**                                                                           **PLAINTIFF**

v.                              **CASE NO. 3:23-CV-00169-BSM**

**BRAYDEN OSBORNE and**
**SISBRO MANAGEMENT, LLC**                                                        **DEFENDANTS**

## ORDER

The parties have filed a stipulation of dismissal with prejudice. Doc. No. 14. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is dismissed with prejudice. The parties will bear their own attorneys' fees and costs.

IT IS SO ORDERED this 30th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE