IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**STEVEN WILLIAMS**                                                                                    **PLAINTIFF**

v.                               CASE NO. 3:23-CV-00169-BSM

**BRAYDEN OSBORNE and**
**SISBRO MANAGEMENT, LLC**                                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 30th day of December, 2024.

_____
UNITED STATES DISTRICT JUDGE